**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN MCKINNEY CO., dba PREMIUM DISTRIBUTING COMPANY,<br><br>            Plaintiff,<br><br>     vs.<br><br>ANHEUSER-BUSCH, INC., et al.,<br><br>            Defendants. | Case No. EDCV 07-93 GW (OPx) (LA)<br><br>**ORDER DISMISSING CASE**<br><br>[F.R.C.P. 41]<br><br>Before The Honorable George H. Wu<br>Trial Date: May 6, 2008 |

Pursuant to the Stipulation of Dismissal with prejudice entered into by all parties and filed with this Court on March 20, 2008, and

GOOD CAUSE APPEARING:

IT IS ORDERED that this case is dismissed in its entirety with prejudice. Both sides will bear their own attorneys' costs and fees.

IT IS SO ORDERED.

DATED:     March 25, 2008

_____
The Honorable George H. Wu
Judge of the U.S. District Court